IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAVAROUS HALL, #261804, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 3:12-CV-105-TMH |
| | ) [WO] |
| LEEPOSEY DANIELS, *et al.*, | ) |
| | ) |
| Respondents. | ) |

### **ORDER**

On February 18, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 11.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED. It is further ORDERED that the petition for habeas corpus relief is DENIED and that the action is DISMISSED pursuant to 28 U.S.C. § 2244(d). An appropriate final judgment will be entered separately.

DONE this 3rd day of April, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE